IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| LAWRENCE HILL, ) | |
|     Petitioner, ) | |
| vs. ) | No. 3:20-CV-1792-M-BH |
| ) | |
| STATE OF TEXAS, ) | |
|     Defendant. ) | |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION
### OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. The case will be dismissed by separate judgment for failure to prosecute or follow court orders.

**SIGNED this 6th day of October, 2020.**

*(signature)*
BARBARA M. G. LYNN
CHIEF JUDGE